**Order issued October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-00237-CR
_____

### JEFFREY RAYMOND MOTT, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices O'Neill, Lang-Miers, and Brown

Based on the Court's opinion of this date, we **GRANT** the May 9, 2014 and July 14, 2014 motions of Hannah Stroud for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Hannah Stroud as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jeffrey Raymond Mott, Jr., SO No. 301914, Collin County Detention Facility, 4300 Community Avenue, McKinney, Texas, 75071.


/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE